UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT MILLER PHOTOGRAPHER, LLC,

Plaintiff,

v.

INTERACTIVE ONE, LLC,
Defendant.

Docket No: 1:25-cv-00446-LAK

[~~PROPOSED~~] JUDGMENT

Defendant Interactive One, LLC, having offered judgment against itself pursuant to FRCP 68 in the amount of $17,500.00, including and for all of Plaintiff's claims for relief and remedies sought and inclusive of all costs available under local, state, or federal law or statutes accrued to date, and Plaintiff Robert Miller Photographer, LLC having accepted said offer of judgment; it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff Robert Miller Photographer, LLC recover from defendant Interactive One, LLC the principal amount of $17,500.

New York, New York
Dated: 4/22/25

SO ORDERED

_____
Hon. Lewis A. Kaplan
United States District Judge